UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. _08CR1693-JM_ |
| | ) | 08mj1499 |
| vs. | ) | ORDER |
| | ) | |
| Octavio Cruz-Rodriguez | ) | RELEASING MATERIAL WITNESS |
| | ) | |
| | ) | Booking No. _08500399_ |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Eduardo Barajas-Oviedo
(mat wit not arraigned - not in USMS custody)

DATED: _5-27-08_

RECEIVED _____
                DUSM

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
         Deputy Clerk
         L. HERNANDEZ

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062