FILED
MAY 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>     Plaintiff, )<br>  )<br>     v. )<br>  )<br>OCTAVIO CRUZ-RODRIGUEZ, )<br>  )<br>     Defendant. )<br>  ) | Criminal Case No. 08CR1693-JM<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(1)(A)(i) and (v)(II)<br>- Bringing in Illegal Aliens and<br>Aiding and Abetting |

The United States Attorney charges:

On or about May 13, 2008, within the Southern District of California, defendant OCTAVIO CRUZ-RODRIGUEZ, with the intent to violate the immigration laws of the United States, did bring or attempt to bring into the United States an alien, namely, Eduardo Barajas-Oviedo, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).

DATED: 5/27/08.

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney

WMC:mg:San Diego
5/16/08