```
 1  KAREN P. HEWITT
    United States Attorney
 2  CHRISTOPHER P. TENORIO
    Assistant U.S. Attorney
 3  California State Bar No. 166022
    880 Front Street, Room 6293
 4  San Diego, California 92101-8893
    Telephone: (619) 557-7843/(619) 557-7381 (Fax)
 5  Email: Christopher.Tenorio@usdoj.gov

 6  Attorneys for Plaintiff
    United States of America
 7
```

 8                  UNITED STATES DISTRICT COURT

 9                 SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,       )    **NOTICE OF APPEARANCE**
                                    )
11                     Plaintiff,   )   CASE:    08CR1693-JM
                                    )   JUDGE:   HON. JEFFREY T.
12           v.                     )            MILLER
                                    )   PLACE:   COURTROOM 16
13  OCTAVIO CRUZ-RODRIGUEZ,         )
                                    )
14                     Defendant.   )
                                    )
15

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17     I, the undersigned attorney, enter my appearance as lead counsel

18  in the above-captioned case.  I certify that I am admitted to

19  practice in this court or authorized to practice under CivLR

20  83.3.c.3-4.

21     Please call me if you have any questions about this notice.

22     DATED:   June 26, 2008

23                                     Respectfully submitted,

24                                     KAREN P. HEWITT
                                       United States Attorney
25

26                                      s/ *Christopher P. Tenorio*
                                       CHRISTOPHER P. TENORIO
27                                     Assistant U.S. Attorney

28

```
                   UNITED STATES DISTRICT COURT

                  SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )    Case No. 08CR1693-JM
                             )
              Plaintiff,     )    CERTIFICATE OF SERVICE
                             )
     v.                      )
                             )
OCTAVIO CRUZ-RODRIGUEZ,      )
                             )
              Defendant.     )
                             )
```

IT IS HEREBY CERTIFIED THAT:

I, CHRISTOPHER P. TENORIO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the defendant's attorney by electronically filing the foregoing with the Clerk of the District Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2008

s/ *Christopher P. Tenorio*
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney

2